1
2
3
4
5
6

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                         Plaintiff,<br><br>v.<br><br>JORGE FRANCISCO TORRES-TAPIA,<br><br>                                         Defendant. | Case No.: 24cr190 (JM)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING** |

Presently before the court is the Parties Joint Motion to Continue Sentencing Hearing (Doc. No. 84), currently set for September 9, 2024 to September 23, 2024, and to exclude time. The Parties' Joint Motion is **GRANTED**. The Sentencing Hearing currently set for September 9, 2024 is **VACATED** and **CONTINUED** to **September 23, 2024 at 10:30 a.m.**

Although the Parties also requests that the court exclude time, the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), the Speedy Trial Act does not apply to sentencings. *See United States v. Broussard*, No. 1:03-CR-05054-DAD, 2022 U.S. Dist. LEXIS 33192, at *4 (E.D. Cal. Feb. 23, 2022). Nevertheless, to the extent necessary based on the Parties' request, the court finds the ends of justice served by taking such an action outweigh the best interest of the public and the defendant in a speedy trial, and excludes time under the

1

24cr190 (JM)

Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from September 9, 2024 to September 23, 2024.

     **IT IS SO ORDERED.**

Dated:  August 28, 2024

_____
Hon. Jeffrey T. Miller
United States District Judge