UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br>v.<br>JORGE FRANCISCO TORRES-TAPIA,<br><br>                              Defendant. | Case No.: 24cr190 (JM)<br><br>**ORDER GRANTING-IN-PART JOINT MOTION TO CONTINUE SENTENCING HEARING** |

      Presently before the court is the Parties' Joint Motion to Continue Sentencing Hearing (Doc. No. 86), currently set for September 23, 2024 to November 4, 2024, and to exclude time. The Parties' Joint Motion is **GRANTED-IN-PART**. The Sentencing Hearing currently set for September 23, 2024 is **VACATED** and **CONTINUED** to **October 7, 2024 at 11:00 a.m.**

      Although the Parties also requests that the court exclude time, the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), the Speedy Trial Act does not apply to sentencings. *See United States v. Broussard*, No. 1:03-CR-05054-DAD, 2022 U.S. Dist. LEXIS 33192, at *4 (E.D. Cal. Feb. 23, 2022). Nevertheless, to the extent necessary based on the Parties' request, the court finds the ends of justice served by taking such an action outweigh the best interest of the public and the defendant in a speedy trial, and excludes time under the

1

24cr190 (JM)

Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from September 23, 2024 to October 7, 2024.

Counsel is advised that this is the last continuance the court will grant, as the case will thereafter be transferred to another judge. Defense counsel may, if desired, present a short summary of documents that were not filed in mitigation.

**IT IS SO ORDERED.**

Dated: September 17, 2024

_____
Hon. Jeffrey T. Miller
United States District Judge